IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCRETIA A. NELSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  08-3318 |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## MEMORANDUM ORDER

Defendant has moved for summary judgment by motion filed September 2, 2009. No response has been filed by plaintiff.

The motion states that plaintiff was terminated, according to defendant's policy, because she did not have a valid certification to hold the position of certified nursing assistant.

Although plaintiff claims that three individuals were permitted to remain employed despite expiration of their nursing assistant certification, defendant by verified statement of Helen Logan, never employed the three individuals whom plaintiff identified. Furthermore, within the relevant time frame, several other individuals, none of whom are Liberians as plaintiff, were terminated for failing to renew their nursing assistant certification.

In short, there are no material facts in question.  The record now before the court supports defendant's claim as to why plaintiff was terminated and fulfills defendant's burden of showing a non-discriminatory reason for its actions.

The following order is entered.

**AND NOW**, this 6th day of October, 2009, upon consideration of Defendant's Motion for Summary Judgment, it is hereby **ORDERED** that said Motion (Docket No. 13) is **GRANTED**. Judgment is entered in favor of Defendant The Trustees of the University of Pennsylvania and against Plaintiff Lucretia A. Nelson as to all Counts contained within Plaintiff's Complaint.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.